UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRIS RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-6337** |
| **N. BURL CAIN** | **SECTION "J" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Chris Richardson's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 9th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE